### ABE SLOAN V. THE STATE.

No. 6891.   Decided April 12, 1922.

Assault to Rape—Statement of Facts—Bills of Exception—Practice on Appeal.

In the absence of a statement of facts or bills of exception, the indictment and proceedings being regular, the judgment must be affirmed.

Appeal from the Criminal District Court of Harris.   Tried below before the Honorable C. W. Robinson.

Appeal from a conviction of assault to rape; penalty, fifty years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey*, Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Harris County of the offense of assault with intent to rape, and his punishment fixed at fifty years in the penitentiary.

The record is before us without statement of facts or bills of exception.  The indictment follows the regular forms for charging this offense, and the instructions given to the jury by the court seem to be in conformity with the law.  No error appearing in the record, an affirmance is ordered.

*Affirmed.*